**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LAFRANCE COLBERT**                                                                                    **PLAINTIFF**

**v.                              CASE NO. 5:11CV00114 BSM**

**CITY OF MONTICELLO, ARKANSAS et al.**                                           **DEFENDANTS**

**ORDER**

Upon the parties' joint motion to dismiss [Doc. No. 17], all claims against defendant Clayton Moss are dismissed without prejudice and each party will bear its own costs, attorneys' fees and expenses.

IT IS SO ORDERED this 1st day of May 2012.

_____
UNITED STATES DISTRICT JUDGE